IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK J. CERCIELLO, M.D.,** | : | CIVIL ACTION |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | NO. 13-3249 |
| | : | |
| **KATHLEEN SEBELIUS,** | : | |
| **SECRETARY OF HEALTH, et al.,** | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW,** this   29th   day of February, 2016, upon consideration of Defendant AAOS's motion to dismiss (Document #10), the plaintiff's response thereto (Document #11), and the defendant's reply (Document #14), IT IS HEREBY ORDERED that the motion is GRANTED with prejudice.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.