IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK J. CERCIELLO, M.D., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 13-3249 |
| | : | |
| KATHLEEN SEBELIUS, U.S. | : | |
| SECRETARY OF HEALTH, et al., | : | |
| Defendants | : | |

# O R D E R

**AND NOW,** this   30th    day of March, 2016, upon careful consideration of the plaintiff's motion for summary judgment (Document #18), the defendant's motion for summary judgment (Document #22), and the responses thereto, IT IS HEREBY ORDERED that:

1. The plaintiff's motion is DENIED.

2. The defendant's motion is GRANTED.

3. In accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby ENTERED in favor of the defendant and against the plaintiff.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.